[Nos. 51713-9-I; 51714-7-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELL BENSON, JR., *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 02-1-04400-6 and 02-1-07210-7, Michael J. Fox, J., entered December 23, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51835-6-I.   Division One.   June 1, 2004.]

SHARON BLINCOE, ET AL., *Appellants*, v. MARK H. MORSE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-13591-9, Jay V. White, J., entered January 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51852-6-I.   Division One.   June 1, 2004.]

RANDY PETERSON, *Appellant*, v. SMURFIT-STONE CONTAINER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-27263-4, James D. Cayce, J., entered January 31, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Becker, JJ.

[No. 51912-3-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRIAN DANIEL SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04251-0, Cheryl B. Carey, J., entered February 24, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Agid and Appelwick, JJ.